AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Natural Resources Defense Council

**SUMMONS IN A CIVIL CASE**

V.

United States Consumer Product Safety Commission

Case: 1:08-cv-01312
Assigned To : Kennedy, Henry H.
Assign. Date : 7/30/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aaron Colangelo
Natural Resources Defense Council
1200 New York Ave NW Suite 400
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___30 (thirty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        **JUL 3 0 2008**

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/25/08 |
| NAME OF SERVER (PRINT) DUSTIN MEYER | TITLE Program Assistant |

*Check one box below to indicate appropriate method of service*

    ☐  Served personally upon the defendant. Place where served: _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐  Returned unexecuted: _____

    ☒  Other (specify): Served by certified mail on Defendant Consumer Product Safety Commission, Attorney General Mukasey, and the U.S. Attorney for the District of D.C.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/25/08
          Date

Signature of Server

Natural Resources Defense Council
1200 New York Ave NW 400
Washington DC 20005
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
U.S Consumer Product Saf. Comm.
4330 East West Highway
Bethesda, MD 20814

4a. Article Number

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)
1200 N.Y Ave, NW
Washington, D.C 20005

PS Form **3811**, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Attorney General M.B Mukasey
U.S Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C 20530-0001

4a. Article Number

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)  AUG 16 2008

8. Addressee's Address (Only if requested and fee is paid)
1200 NY Ave, NW
Washington, D.C 20005

PS Form **3811**, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Civil Process Clerk
U.S Attorney's Office-DC
555 Fourth St. NW
Washington, D.C 20530

4a. Article Number

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)  AUG 08 2008

8. Addressee's Address (Only if requested and fee is paid)
1200 NY Ave
Washington, DC 20005

PS Form **3811**, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**