UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEF. COUNCIL )<br>)<br>    Plaintiff,                                          )<br>)<br>    v.                                                     )<br>)<br>UNITED STATES CONSUMER PRODUCT )<br>SAFETY COMMISSION,                     )<br>)<br>    Defendant.                                        )<br>_____) | Civil  Action  No. 08-1312 (HHK) |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter  the appearance of Assistant United States Attorney **Heather Graham-Oliver** as counsel for the defendant in the above-captioned case.


Respectfully submitted,


__/s/_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334