UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAT'L RESOURCES DEFENSE COUNCIL ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.                                               ) | Civil Action No. 08-1312 (HHK) |
| ) | |
| U.S. CONSUMER PRODUCT SAFETY    ) | |
| COMMISSION                                  ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION**

The defendant respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time until September 11, 2008, to file its Opposition to plaintiff's Motion for Summary Judgment. Counsel for plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion. This is the defendant's first request for an extension of time to file his Opposition. The Opposition would ordinarily be due on September 4, 2008. Plaintiff has brought this action under the Freedom of Information Act (FOIA).

Good cause exists for the granting of this motion. Preparation of the Opposition has been complicated by vacation schedules of the people whose input is necessary to complete the Opposition. In addition, this is a new case, the responsive pleading not being due until September 10, 2008. Consequently, undersigned counsel is in the process of assessing the case and the basis for the Motion for Summary Judgment. Counsel is also involved in a myriad of other responsibilities. A representative, non-exclusive sample of undersigned counsel's other litigation responsibilities in the coming weeks includes, but is not limited to:

- Gathering and reviewing Declarations and <u>Vaughn</u> indices in <u>Sealey v. USDOJ</u>, et al., Civ. Act. No. 08-0176 (CKK).

- Responding to subpoena served on the United States Department of Justice by plaintiff in a civil action being litigated in another district.  This subpoena is related to another subpoena that was the subject of motions practice in In re Apollo Securities Litigation, Misc. No. 06-0558 (CKK).

- Preparing and filing a Motion to Quash in subpoena matter that was removed to federal court.  U.S. v. Phillip Palmer, Misc. No. 08-0530 (JR)

- Continuing efforts to negotiate a settlement in Keller v. Dept of State, Civ. Act. No. 06-0816(CKK) (mediation on-going).

- Arranging, taking and defending depositions in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS).

- Preparing and responding to written discovery in Anderson v. Spellings, Civ. Act. No. 06-1565 (RMC) (on-going).

- Providing initial disclosures in Brunotte v. Doan, Civ. No. 08-0587 (HHK) (on-going)

- Preparing mediation statement for mediation in Gallahan v. Winter, Civ. Act. No. 08-0544 (RMC).

In short, the requested enlargement is reasonably necessary to assess the case and allow completion of the Opposition.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that this Consent Motion to Enlarge Time to file its Opposition be granted.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334